**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-cr-00032-2-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2. ZACHARY SMALLCANYON,

        Defendant.
_____

**ORDER**
_____

THIS MATTER coming before the Court upon motion of the government to dismiss Count 1 of the Indictment in the above-entitled case as to Zachary Smallcanyon only, and the Court having considered the same,

IT IS HEREBY ORDERED that Count 1 of the Indictment in the above-captioned case is dismissed as to Zachary Smallcanyon only.

SO ORDERED this 22nd day of November 2006.

                                                s/Lewis T. Babcock
                                                Chief Judge Lewis T. Babcock
                                                United States District Court